UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO.: 11-24091-CV-JAL

EXCLUSIVE MOTORING
WORLDWIDE, INC.,
A Florida Corporation,

    Plaintiff,
v.

ALEX VEGA,
An individual,

    Defendant.
_____

## AFFIDAVIT OF ALEX VEGA

STATE OF FLORIDA      :
                                 :
COUNTY OF MIAMI-DADE   :

ALEX VEGA deposes and says under oath as follows:

1. That I make this affidavit upon my personal knowledge.

2. That I was the president of Auto Couture, Inc. an inactive Florida corporation.

3. That I make this affidavit in my individual capacity as well as in my capacity as a former officer of Auto Couture, Inc.

4. That I searched The Auto Firm's server and its external hard drive for EMW and Doral Collision data.

5. That I searched my computer in my office at the The Auto Firm for EMW and Doral Collision data.

6. That I have purged and destroyed EMW and Doral Collision data to the extent I found same.

CASE NO.: 11-2409-CV-JAL<br>
Affidavit of Alex Vega

FURTHER AFFIANT SAYETH NAUGHT.

**Verification by Declaration pursuant to F.S. §92.525**

Under penalties of perjury, I declare that I have read the foregoing affidavit and that the facts stated therein are true.

Affiant: _____
Alex Vega

Date: 7-20-12

2