UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO.: 11-24091-CV-JAL

EXCLUSIVE MOTORING )
WORLDWIDE, INC., )
A Florida Corporation, )
)
    Plaintiff, )
v. )
)
ALEX VEGA, )
An individual, )
)
)
    Defendant. )
_____)

## AFFIDAVIT OF ALEX VEGA

STATE OF FLORIDA        :
                                     :
COUNTY OF MIAMI-DADE  :

ALEX VEGA deposes and says under oath as follows:

1. That I make this affidavit upon my personal knowledge.

2. That I was the president of Auto Couture, Inc. an inactive Florida corporation.

3. That I make this affidavit in my individual capacity as well as in my capacity as a former officer of Auto Couture, Inc.

4. That I searched The Auto Firm's server and its external hard drive for EMW and Doral Collision data.

5. That I searched my computer in my office at the The Auto Firm for EMW and Doral Collision data.

6. That I have purged and destroyed EMW and Doral Collision data to the extent I found same.

CASE NO.: 11-2409-CV-JAL
Amended Affidavit of Alex Vega

7. That I have returned to EMW and Doral Collision their property, documents, physical files or other paperwork to the extent I had same.

FURTHER AFFIANT SAYETH NAUGHT.

**Verification by Declaration pursuant to F.S. §92.525**

Under penalties of perjury, I declare that I have read the foregoing affidavit and that the facts stated therein are true.

Affiant: _____
Alex Vega

Date: 7-27-12