

Manufacturing that runs like clockwork
Build your app strategy with Rootstock's manufacturing solution
salesforce appexchange
#apptitude
GET STARTED

# manta

**Where Small Business Grows™**

New to Manta? Join Free    Sign In

U.S. Companies | Worldwide | Manta Connect | Features | Promote Your Business    **Add Your Company**

U.S. ~ Doral, FL ~ Automotive Services ~ General Automotive Repair Shops ~ Doral Car Repair and Service ~ Exclusive Motoring

**Company Profile Page** | Reports | Map | Web Results

## Exclusive Motoring

Print  Share  +1  0

**EXCLUSIVE MOTORING**
Personalizing the World's Finest Automobiles

2101 N.W. 97 Ave.
Doral, FL 33172  map
Phone:    (305) 471-7777
Website:  exclusivemotoringworldwide.net
Email:    david@exclusivemotoringworldwide.net

**ROLANDO RAMIREZ, owner,** updated this company profile on 05/02/2012

Tire Sales  Tire Sales, Repair Services And New Tires. Contact Us Today!    Ads

PompanoDiscountTire.com

**Products & Services**

- Wheels (Forgiato, Savini)
- Audio (JL Audio)
- Upholstery

**Business Hours:**
Sun CLOSED, **Mon** 9:00 AM to 6:00 PM, **Tues** 9:00 AM to 6:00 PM, **Weds** 9:00 AM to 6:00 PM, **Thurs** 9:00 AM to 6:00 PM, **Fri** 9:00 AM to 6:00 PM, **Sat** 9:00 AM to 1:00 PM

## About Exclusive Motoring

**Vehicle customization**

Business Categories:
Car Repair and Service in Doral, FL

### See All
56 Car Repair and Service companies in Doral, FL

**Find Companies Like:**
*Exclusive Motoring*

**By City:**
Miami (908), Miami Springs (5), Virginia Gardens (1)

**By Related Category:**
Car Repair and Service (56)
Truck Repair and Service (3)
Diesel Engine Fuel Injection Servicing and Repair (1)

1 CONNECTED | 0 RECOMMENDATIONS | 1 FOLLOWER

**Do You Work Here** or have some other connection?

**Write a Recommendation**

**Follow This Company**

**One Person Is Connected**
See:  All Connections
THIS PERSON WORKS HERE

**ROLANDO RAMIREZ**
owner
WORKS HERE, 2009 TO PRESENT
Report This

Connect to this company

AdChoices

**Upholstery Services**
Enter Your Zip Code & Connect Now! Find Local Pre-Screened Contractors

## Company Contacts

**ROLANDO RAMIREZ**
Owner
305-471-7777
305-477-9606

**David Mototo**
Sales Manager
305-471-7777
305-477-9606
david@exclusivemotoringworldwide.net

**David Anthony Fonseca**
Manager
305-471-7777

305-477-9606
fonseca@exclusivemotoringworldwide.net

Search for more contacts

## Exclusive Motoring Business Information
Business Information

| Employees | 5 to 9 | Years in Business | 3 |
|-----------|--------|-------------------|---|

www.ServiceMagic.com

**Sofas - Cheap Prices**
We Have 13,900+ Sofas.
Top Designers & Sofas
on Sale!
www.NexTag.com/Sofas

**Upholstery Services**
Looking For Upholstery
Or Furniture Repair?
Search Nearby At
Local.com!
local.com

**Armani/Casa - Miami**
High end Furniture and
Accessories store at
Miami Design District
plus.google.com/FurnitureStore

**Fleece Fabric Superstore**
Over 700 Fleece Fabrics
In Stock! Solid & Prints
starting at $4.95
www.PicoTextiles.com

Report a problem with this company profile

## Explore companies like - *Exclusive Motoring*



 

### In related categories
- Car Repair and Service in Doral, FL (56)
- Truck Repair and Service in Doral, FL (3)
- Diesel Engine Fuel Injection Servicing and Repair in Doral, FL (1)

### Related searches
- Other companies that match "Exclusive Motoring"
- Jobs in Doral, FL
- All U.S. Car Repair and Service »

### Related companies on Manta
- Laaltagracia Auto Service
  Car Repair and Service in Miami, FL
- Mr Auto Bus International Corp
  Car Repair and Service in Miami, FL
- Espana Auto Center
  Car Repair and Service in Miami, FL
- Auto Injury Household Assistan
  Car Repair and Service in Miami, FL
- Perfect Auto Parts Accessor
  Car Repair and Service in Miami, FL

### In nearby cities
- Miami, FL
  Car Repair and Service (908)
- Miami Springs, FL
  Car Repair and Service (5)
- Virginia Gardens, FL
  Car Repair and Service (1)
- West Miami, FL
  Car Repair and Service (3)
- Coral Gables, FL
  Car Repair and Service (25)
- Hialeah, FL
  Car Repair and Service (296)
- Medley, FL
  Car Repair and Service (32)
- Hialeah Gardens, FL
  Car Repair and Service (1)
- South Miami, FL
  Car Repair and Service (26)
- Opa Locka, FL
  Car Repair and Service (75)

**✛ Add your company for free.**

Click on the reports tab at the top of the page to research company background, detailed company profile, credit and financial reports for Exclusive Motoring.
Reports often include a complete predictive and historical analysis with payment and financial information; information on the identity, operations, profitability and stability of Exclusive Motoring; Details on the company's history, the business background of its management, special events and recent company news. Download Exclusive Motoring financial and company reports.

Companies by Location: Doral, FL



**Business Topics**
- Small Business
- Sales Expertise
- Human Resources
- Marketing
- Franchise
- Technology

**Browse Companies**
- U.S.
- Australia
- Canada
- UK
- Worldwide

**Resources**
- Videos
- Jobs
- White Papers
- Site Map

**Manta Links**
- About Manta
- Contact Manta
- Manta Careers
- Media Resources
- FAQ
- Advertise With Us



Copyright © Manta Media Inc. All rights reserved      Note: Our Privacy Policy and Terms & Conditions have changed 6/1/12

 Blog    Twitter    Facebook