UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO.: 11-24091-CV-JAL

EXCLUSIVE MOTORING )
WORLDWIDE, INC., )
A Florida Corporation, )
)
)
Plaintiff, )
v. )
)
)
ALEX VEGA, )
An individual, )
)
)
Defendants. )
_____)

## AFFIDAVIT OF FRANK STIGE

STATE OF FLORIDA          :
                          :
COUNTY OF MIAMI-DADE      :

FRANK STIGE deposes and says under oath as follows:

1. That I make this affidavit upon my personal knowledge.

2. That I was an employee of Exclusive Motoring Worldwide, Inc. ("EMW") at the time Alex Vega left EMW.

3. That I was one of the EMW employees that loaded the van with the memorabilia that Rolando Ramirez allowed Alex Vega to take.

4. That David Fonseca and Arturo Gonzalez also participated in loading the van with the memorabilia that Rolando Ramirez allowed Alex Vega to take.

5. That I, David Fonseca and Arturo Gonzalez loaded the van at EMW'S facility located at 1951 N.W. 97th Avenue, Doral, FL 33172.

6. That I, David Fonseca and Arturo Gonzalez loaded the van with the aforementioned memorabilia and delivered it to Alex Vega.

CASE NO.: 11-2409-CV-JAL
Affidavit of Arturo Gonzalez

7. That on the way back from delivering the memorabilia to Alex Vega, David Fonseca started to laugh and told me and Frank Stige that he was going to keep some of the Miami Heat stuff, particularly the 2006 Miami Heat champion signed team basketball, Alonzo Mourning's signed sneakers, Mario Chalmer's signed sneakers, as well as some Miami Dolphin stuff. He also told me and Frank Stige that he and Rolando Ramirez kept the Dallas Cowboys frame and pictures that were signed by Emmitt, Troy, and Michael. He told me and Frank Stige that keeping the Dallas frame had to piss off Alex Vega because he knew Alex Vega loved it.

8. That when I, Frank Stige and David Fonseca returned to EMW there was a lot of memorabilia that was kept by Rolando Ramirez. He told me, Frank Stige, David Fonseca and Julio Enrique to move Alex Vega's memorabilia out of his office at EMW and take it to Doral Collision.. He told us to place it on the second floor of Doral Collision as well as in Yami's office at Doral Collision.

9. That I, Frank Stige, David Fonseca and Julio Enrique followed Rolando Ramirez' instructions and moved the memorabilia he kept to Doral Collision. That amongst the memorabilia that I, Frank Stige, David Fonseca and Julio Enrique moved to Doral Collision were the following items:

   a. Dwayne Wade's signed MVP worn shoe, and it had a rookie signed card inside of it;
   b. Two signed Miami Dolphin Helmets, one was signed by Sam Madison;
   c. Alexei Ramirez' used signed baseball bat;
   d. Two NBA official size basketballs, one was signed by Alonzo Mourning and the other one was signed by the 2006 Miami Heat championship team;
   e. Alonzo Mourning signed sneakers;
   f. Mario Chalmers' signed sneakers;
   g. Shaquille O'Neal's signed Miami Heat jersey;
   h. Alexei Ramirez ' signed White Sox jersey;
   i. Dallas Cowboy's frame that had Troy Aikman's, Emmitt Smith's, and Mike Irving's pictures and signatures.

FURTHER AFFIANT SAYETH NAUGHT.

2

CASE NO.: 11-2409-CV-JAL
Affidavit of FRANK STIGE

FURTHER AFFIANT SAYETH NAUGHT.

[SIGNATURE ON NEXT PAGE]

**Verification by Declaration pursuant to F.S. §92.525**

Under penalties of perjury, I declare that I have read the foregoing affidavit and that the facts stated therein are true.

Affiant: _____
FRANK STIGE

Date: 7-9-12

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO.: 11-24091-CV-JAL

EXCLUSIVE MOTORING )
WORLDWIDE, INC., )
A Florida Corporation, )
            )
    Plaintiff, )
v.          )
            )
ALEX VEGA, )
An individual, )
            )
    Defendants. )
_____)

## AFFIDAVIT OF ARTURO GONZALEZ

STATE OF FLORIDA        :
                        :
COUNTY OF MIAMI-DADE    :

ARTURO GONZALEZ deposes and says under oath as follows:

1. That I make this affidavit upon my personal knowledge.

2. That I was an employee of Exclusive Motoring Worldwide, Inc. ("EMW") at the time Alex Vega left EMW.

3. That I was one of the EMW employees that loaded the van with the memorabilia that Rolando Ramirez allowed Alex Vega to take.

4. That David Fonseca and Frank Stige also participated in loading the van with the memorabilia that Rolando Ramirez allowed Alex Vega to take.

5. That I, David Fonseca and Frank Stige loaded the van at EMW'S facility located at 1951 N.W. 97th Avenue, Doral, FL 33172.

6. That I, David Fonseca and Frank Stige loaded the van with the aforementioned memorabilia and delivered it to Alex Vega.

CASE NO.: 11-2409-CV-JAL
Affidavit of Arturo Gonzalez

7. That on the way back from delivering the memorabilia to Alex Vega, David Fonseca started to laugh and told me and Frank Stige that he was going to keep some of the Miami Heat stuff, particularly the 2006 Miami Heat champion signed team basketball, Alonzo Mourning's signed sneakers, Mario Chalmer's signed sneakers, as well as some Miami Dolphin stuff. He also told me and Frank Stige that he and Rolando Ramirez kept the Dallas Cowboys frame and pictures that were signed by Emmitt, Troy, and Michael. He told me and Frank Stige that keeping the Dallas frame had to piss off Alex Vega because he knew Alex Vega loved it.

8. That when I, Frank Stige and David Fonseca returned to EMW there was a lot of memorabilia that was kept by Rolando Ramirez. He told me, Frank Stige, David Fonseca and Julio Enrique to move Alex Vega's memorabilia out of his office at EMW and take it to Doral Collision.. He told us to place it on the second floor of Doral Collision as well as in Yami's office at Doral Collision.

9. That I, Frank Stige, David Fonseca and Julio Enrique followed Rolando Ramirez' instructions and moved the memorabilia he kept to Doral Collision. That amongst the memorabilia that I, Frank Stige, David Fonseca and Julio Enrique moved to Doral Collision were the following items:

   a. Dwayne Wade's signed MVP worn shoe, and it had a rookie signed card inside of it;
   b. Two signed Miami Dolphin Helmets, one was signed by Sam Madison;
   c. Alexei Ramirez' used signed baseball bat;
   d. Two NBA official size basketballs, one was signed by Alonzo Mourning and the other one was signed by the 2006 Miami Heat championship team;
   e. Alonzo Mourning signed sneakers;
   f. Mario Chalmers' signed sneakers;
   g. Shaquille O'Neal's signed Miami Heat jersey;
   h. Alexei Ramirez ' signed White Sox jersey;
   i. Dallas Cowboy's frame that had Troy Aikman's, Emmitt Smith's, and Mike Irving's pictures and signatures.

FURTHER AFFIANT SAYETH NAUGHT.

2

CASE NO.: 11-2409-CV-JAL
Affidavit of Arturo Gonzalez

[SIGNATURE ON NEXT PAGE]

Verification by Declaration pursuant to F.S. §92.525

Under penalties of perjury, I declare that I have read the foregoing affidavit and that the facts stated therein are true.

Affiant: ___*signature*___
ARTURO GONZALEZ

Date: 7/10/12

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO.: 11-24091-CV-JAL

EXCLUSIVE MOTORING )
WORLDWIDE, INC., )
A Florida Corporation, )
)
    Plaintiff, )
v. )
)
ALEX VEGA, )
An individual, )
)
    Defendants. )
_____ )

**AFFIDAVIT OF JULIO ENRIQUE**

STATE OF FLORIDA     :
    :
COUNTY OF MIAMI-DADE     :

    JULIO ENRIQUE deposes and says under oath as follows:

1.     That I make this affidavit upon my personal knowledge.

2.     That I was an employee of Exclusive Motoring Worldwide, Inc. ("EMW") at the time Alex Vega left EMW.

3.     That I was present at EMW on the day that Frank Stige, David Fonseca and Arturo Gonzalez delivered some of the memorabilia to Alex Vega.

4.     That after they returned from their delivery to Alex Vega, I saw Arturo Gonzalez, David Fonseca and Frank Stige in Alex Vega's old office looking at the remaining memorabilia.

5.     That while they were in Alex Vega's old office, I heard David Fonseca laugh and say to Arturo Gonzalez and Frank Stige that he was going to keep some of the memorabilia and sell some of the memorabilia.

6.     That I saw in Alex Vega's old office the following items:

CASE NO.: 11-2409-CV-JAL
Affidavit of JULIO ENRIQUE

  a. Dwayne Wade's signed MVP worn shoe, and it had a rookie signed card inside of it;
  b. Two signed Miami Dolphin Helmets, one was signed by Sam Madison;
  c. Alexei Ramirez' used signed baseball bat;
  d. Two NBA official size basketballs, one was signed by Alonzo Mourning and the other one was signed by the 2006 Miami Heat championship team;
  e. Alonzo Mourning signed sneakers;
  f. Mario Chalmers' signed sneakers;
  g. Shaquille O'Neal's signed Miami Heat jersey;
  h. Alexei Ramirez ' signed White Sox jersey;
  i. Dallas Cowboy's frame that had Troy Aikman's, Emmitt Smith's, and Mike Irving's pictures and signatures.

FURTHER AFFIANT SAYETH NAUGHT.

**Verification by Declaration pursuant to F.S. §92.525**

Under penalties of perjury, I declare that I have read the foregoing affidavit and that the facts stated therein are true.

Affiant: _____
JULIO ENRIQUE

Date: 7/10/12

2